#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**SHAQUAN BROWN** | **CRIMINAL ACTION NO. 20-260-1** |

### ORDER

**AND NOW,** this 26th day of January 2023, upon review of Defendant Brown's Motion to Dismiss Count 10 of the Second Superseding Indictment as Unconstitutional [Doc. No. 169] and Motion for Severance of Defendants' Trials and Charges [Doc. No. 170], the government's omnibus response, and after the hearing in Court on January 9, 2023, it is hereby **ORDERED** that:

1. The Motion to Dismiss Count 10 of the Second Superseding Indictment as Unconstitutional [Doc. No. 169] is **DENIED**.

2. The Motion for Severance of Defendants' Trials and Charges [Doc. No. 170] is **DENIED without prejudice**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**