IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff,**<br>v.<br>**SHAQUAN BROWN**<br>**Defendants.** | **CRIMINAL ACTION NO. 20-260-1** |

# ORDER

**AND NOW,** this 25th day of October 2023, upon consideration of Defendant Brown's Motion to Dismiss Count 10 of the Second Superseding Indictment as Unconstitutional [Doc. No. 208], the government's response [Doc. No. 212], and after the hearing in Court on October 12, 2023, it is hereby **ORDERED** that the Motion to Dismiss Count 10 of the Second Superseding Indictment as Unconstitutional [Doc. No. 208] is **DENIED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**