# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 20-260 |
| SHAQUAN BROWN, et al | : | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Assistant United States Attorney, Timothy M. Stengel, on behalf of the United States of America.

DAVID D. METCALF
UNITED STATES ATTORNEY

_/s/ Timothy M. Stengel_
Timothy M. Stengel
Assistant United States Attorney