# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| |
|---|
| **UNITED STATES OF AMERICA** |
| v. |
| **SHAQUAN BROWN** |

**CRIMINAL ACTION NO. 20-260-1**

## ORDER

**AND NOW,** this 17th day of November 2025, upon consideration of Defendant's Motion for Acquittal [Doc. No. 330] and the responses thereto, it is hereby **ORDERED** that the Motion is **DENIED** for the reasons stated in the accompanying opinion.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**